# Exhibit B

December 9, 2024

**VIA FEDEX AND EMAIL**
Copyright Compliance Department
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
dmcaagnt@microsoft.com

**Re: Notice of Copyright Violation (DMCA Takedown Notice)—Request to Remove and Disable Offending Content**

To Whom It May Concern:

My name is Hank Risan, the owner of Media Rights Technologies, Inc. ("MRT"). I am writing to notify you of the infringement and unlawful use of MRT's copyrighted material for which you are the designated agent.

The infringing material is as follows:

- Microsoft Protected Media Pathway ("PMP") source and object code, and all products that use, implement, execute, or reference said source code, including but not limited to:
    - Windows XP Service Pack 3
    - Windows Vista
    - Windows 7
    - Windows 8
    - Windows 10
    - Windows 11
    - Windows Media Player ("WMP") 11
    - Windows Media Player 12
    - Windows Media Player Software Developers Kit
    - Internet Explorer 8
    - Internet Explorer 9
    - Internet Explorer 10
    - Internet Explorer 11
    - Edge Browser
    - Azure Intelligent Cloud
    - PlayReady
    - Xbox
    - Office 365
- The copyrights Microsoft asserts that include the PMP source and object code, including but not limited to those listed in Exhibit A (attached).

The infringed copyrights include:

- Controlled Data Pathway ("CDP"), initially registered as TX0007580669 on May 27, 2004, and supplemented further in 2012 and 2013
- X1 Recording Control ("X1RC"), registered as TXU002101909 on April 6, 2017
- BlueBeat SeCure Player ("BBSP"), registered as TXU002080138 on April 6, 2017
- BBSP for WMP, registered as TXU002101908 on April 6, 2017
- BBSP for Vista, registered as TXU002080140 on April 6, 2017
- IsRecorderPresent software copyright (Reg. #TX0007714608), registered in 2013
- BlueBeat SeCure Player software copyright (Reg. #TXu1892246), registered in 2014
- BlueBeat SeCure Player software copyright (Reg. #TXu002080138), registered in 2017
- BlueBeat SeCure Player for Vista Including X1 Kernel Component software copyright (Reg. #TXu002080140), registered in 2017
- BlueBeat SeCure Player for WMP software copyright (Reg. #TXu002101908), registered in 2017
- X1 Recording Control software copyright (Reg. #TXu002101909), registered in 2017
- SecureX1-9 software copyright (10 unpublished works) (Reg. #TXu002223706), registered in 2020
- "Controlling Interaction Of Deliverable Electronic Media" patent copyright (Reg. #TX0009094163), registered in 2022
- "Method And System For Controlling Video Media" patent copyright (Reg. #TX0009094165), registered in 2022
- "Method and System for Preventing Unauthorized Recording of Media Content in an iTunes TM Environment" copyright (Reg. #TX0009094179), registered in 2022
- "Method and System for Preventing Unauthorized Recording of Media Content on a Macintosh Operating System" patent copyright (Reg. #TX0009094171), registered in 2022
- "Method for Redirecting of Kernel Data Path for Controlling Recording of Media" patent copyright (Reg. #TX0009094287), registered in 2022
- "Preventing Unauthorized Distribution of Media Content within a Global Network" patent copyright (Reg. #TX0009168277), registered in 2022

This letter constitutes official notice under Section 512 of the Digital Millennium Copyright Act of 1998 ("DMCA") and I request the following actions as sufficient to protect my copyrights:

1. Take down the Microsoft Policy Engine and its derivatives from all of the listed infringing products
2. Take down the Microsoft MFPMP.exe and its derivatives from all of the listed infringing products (for the avoidance of doubt, an illustration of a computer update including MFPMP.exe in a Windows 11 update pushed to all Windows 11 users on November 15, 2023, is included as Exhibit B; all versions and derivative programs must be taken down, however, not only this illustrative example)
3. Take down the Microsoft Policy Engine and MFPMP.exe and its derivatives inside Windows Media Feature Pack for Windows N
4. Take down the Edge Browser
5. Prevent future updates of the items listed in #1-4 above.

I also request that you immediately notify the infringer, Microsoft Corporation, of this notice, and instruct them to cease immediately any further use, duplication, or replication of the infringing material.

I am providing this notice in good faith with the reasonable belief that the use of the described material is not authorized by MRT, MRT's agents, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that MRT is the owner of the copyrighted material involved.

If you have any questions, please contact me directly at risanhank@gmail.com.

Regards,
Hank Risan

515 Washington Street
Santa Cruz, CA  95060
(831) 332-9000
risanhank@gmail.com

## Exhibit A

| | Microsoft Windows Registrations, Table Updated 12/5/2024 Full Title | Registration Number |
|---|---|---|
| 1 | Windows Vista Ultimate. | TX0006508905 |
| 2 | Windows Server 2008 Enterprise. | TX0006880740 |
| 3 | Windows Small Business Server 2011 Standard. | TX0007526450 |
| 4 | Windows Small Business Server 2011 Essentials. | TX0007526478 |
| 5 | Windows Server 2012. | TX0007622123 |
| 6 | Windows 8. | TX0007601008 |
| 7 | Windows 8.1 Pro. | TX0007740672 |
| 8 | Windows 10 Pro. | TX0008058526 |
| 9 | Windows 10 Anniversary Update. | TX0008241223 |
| 10 | Windows Server 2016 Datacenter. | TX0008420034 |
| 11 | Windows 10 Home. | TX0008454283 |
| 12 | Windows 10 Home (Spring 2018 Update) | TX0008568294 |
| 13 | Windows Server 2019. | TX0008659104 |
| 14 | Windows 10 Pro (Fall 2018 Update) | TX0008733682 |
| 15 | Windows 10 Pro (Spring 2019 Update) | TX0008782357 |
| 16 | Windows 10 (Spring 2020 Update) | TX0008890546 |
| 17 | Windows Server 2022. | TX0009008683 |
| 18 | Windows 10 (Fall 2020 Update) | TX0009044495 |
| 19 | Windows 10 (Fall 2021 Update) | TX0009063572 |
| 20 | Windows Server 2022 Datacenter: Azure Edition. | TX0009072941 |
| 21 | Windows 11. | TX0009110306 |

Name
December 9, 2024
Page | 5

## Exhibit B

2023-11 Cumulative Update for Windows 11 Version 22H2 for x64-based Systems (KB5032190)

Installed on Computer on 11/15/2023, proof of mfpmp.exe recent update.

Snapshot of Update History:



[Continued]

Name
December 9, 2024
Page | 6

The update included mfpmp.exe, as can be seen as one of the "files provided in this update" in a screenshot from the following spreadsheet, obtained from Microsoft's own release notes for the November 14 software update ("November 14, 2023—KB5032190 (OS Builds 22621.2715 and 22631.2715)," online at https://support.microsoft.com/en-us/topic/november-14-2023-kb5032190-os-builds-22621-2715-and-22631-2715-f9e3e13c-5e98-42c2-add8-f075841ca812). Note that the spreadsheet has been filtered to show only the lines with MFPMP.exe updates.



For the avoidance of doubt, this illustration is only an example of the infringing MFPMP.exe being pushed out in a software update. All versions and all derivatives should be taken down, as described above, not solely this iteration.