# United States District Court
# For the District of Columbia

Media Rights Technologies, Inc. and Hank Risan

            Plaintiff

vs

Microsoft Corporation

            Defendant

Civil Action No. 1:24-cv-03441

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Plaintiffs, Media Rights Technologies, Inc. and Hank Risan certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Media Rights Technologies, Inc. which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature: Jon S Massey]*

Signature

457593
BAR IDENTIFICATION NO.

Jonathan S. Massey
Print Name

1000 Maine Avenue SW, Suite 450
Address

Washington, D.C. 20024
City    State    Zip Code

(202) 652-4511
Phone Number